

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard B. Tonini | |
| | Civil Action No. 12-cv-02949-CAB-JMA |
| **Plaintiff,** | |
| V. | |
| Bank of America, N.A. Payment Processing; Bank of America, N.A.; | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss [Doc. No. 16] is granted.  Plaintiff's motion to amend the complaint [Doc. No. 18] is denied as futile. Plaintiff's lack of standing claim and his federal claims arising under FDCPA, RESPA, and TILA are hereby dismissed with prejudice as the Complaint demonstrates that any amendment would be futile. Plaintiff's state law claims arising from his Fraudulent Misrepresentation, Common Law Fraud, and Breach of Contract causes of action are dismissed without prejudice to filing in state court, if appropriate. This case is closed.

| | |
|---|---|
| **Date:**        7/22/13 | **CLERK OF COURT**<br>**W. SAMUEL HAMRICK, JR.**<br>By:  s/ Y. Barajas |
| | Y. Barajas, Deputy |